**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION -- AT LONDON**

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** V. HAROLD DEAN ROBINSON, **Defendant.** | CRIMINAL NO. 6:11-18-KKC **ORDER** |

This matter is before the Court on the recommended disposition of United States Magistrate Judge Hanly A. Ingram concerning defendant Harold Dean Robinson's reported violations of supervised release conditions. (DE 159). The matter was referred to Magistrate Judge Ingram to conduct a final revocation hearing and issue a recommendation. (DE 156).

Magistrate Judge Ingram conducted the final revocation hearing on June 7, 2017 (DE 158), and issued a recommended disposition on June 9, 2017 (DE 159).

Robinson has waived his right to appear before a district judge and to make a statement and present information in mitigation. (DE 162). In his waiver, Robinson stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, he would withdraw his waiver. (DE 162). The United States did not object to Magistrate Judge Ingram's recommended disposition.

Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 159) is **ADOPTED** as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

Dated June 27, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY